IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR VICENTY MARTELL, et al.,

Plaintiffs

v.                                                CIVIL 98-1352 (SEC) (JA)

ESTADO LIBRE ASOCIADO DE
PUERTO RICO, et al.,

Defendants

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion in Request of Time Extension to Present a Motion for Summary Judgment, 9-7-99. | 24 | Denied. Local Rule 311.14(B). |

In San Juan, Puerto Rico, this 22nd day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev.8/82)