IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS          DATE: November 30, 1999
                                 Civil 98-1352 (SEC-JA)
                                           ATTORNEY

VICTOR VICENTY MARTELL, et al.

v.

ESTADO LIBRE ASOCIADO DE
PUERTO RICO, et al.

---

The pretrial conference set for December 9, 1999 is reset to December 20, 1999 at 9:30 a.m. Minutes to be notified.



