IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR VICENTY MARTELL, et al.,

Plaintiffs

v.                                                        CIVIL 98-1352 (SEC)(JA)

ESTADO LIBRE ASOCIADO DE
PUERTO RICO, et al.,

Defendants

PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by George Uzdavinis Vélez, Esq., defendants by Wanda Cintrón Valentín, Gloria Robinson Guarch and Reynaldo Salas Soler, Esqs.

Thirty days are granted to file supplemental pleadings and another thirty to reply. The January 24 trial setting is vacated.

In San Juan, Puerto Rico, this 20th day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)