IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR VICENTY MARTELL, et al.,

Plaintiffs

v.                                              CIVIL 98-1352 (SEC) (JA)

ESTADO LIBRE ASOCIADO DE
PUERTO RICO, et al.,

Defendants

## ORDER

The jury trial in this case is set for May 1, 2000 at 9:30 a.m. and the pretrial conference is set for April 19, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 7th day of February, 2000.

JUSTO ARENAS
United States Magistrate Judge