# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time. :
Starting Time. ·
Ending Time: :
Total of Proceedings:

## MINUTES OF PROCEEDINGS

HONORABLE MAGISTRATE JUDGE JUSTO ARENAS

COURTROOM DEPUTY: Brenda GONZALEZ          DATE: April 20, 2000

COURT REPORTER:                             CV. NO: 98-1352 (SEC/JA)

COURT INTERPRETER:                          PTSO:

===============================================================================

Victor Vicenty-Martell, et al               Attorneys:

vs.

Estado Libre Asociado de P. R., et al

===============================================================================

By order of the Court, the Jury Trial set for May 1, 2000 at 9:30 AM is hereby vacated.


Brenda Gonzalez-De la Concha
Courtroom Deputy Clerk

s/c:  Jury Administrator
      Operations Manager
      Chief Deputy Clerk
      Courtroom Deputy

4/24/00 - bg

