IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
5-18-00
PURSUANT
TO FRCP RULES 58 & 79a

Víctor Vicenty Martell, et al

Plaintiff

v.                                                    Civil 98-1352 (SEC-JA)

Estado Libre Asociado de Puerto Rico,
et al

Defendants

## JUDGMENT

The Court, through the Honorable Magistrate Judge Justo Arenas, has entered an opinion and order on April 26, 2000, directing the Clerk to enter judgment.

**IT IS ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of May, 2000.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk