UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICTOR VICENTY MARTELL, et. als. <br> Plaintiffs | * <br> * <br> * |
| VS. | *    DISTRICT COURT NO. 98-1352 (SEC) (JA) <br> * |
| ESTADO LIBRE ASOCIADO DE <br> PUERTO RICO, et. als. <br> Defendants | * <br> *    NOTICE OF APPEAL <br> * |

****************************************

**NOTICE OF APPEAL**

TO THE HONORABLE DISTRICT COURT:

COMES NOW Plaintiffs through their undersigned attorney and complaining about Defendants, respectfully states and prays as follows:

1. Notice is hereby given that Plaintiff Víctor Vicenty Martell, et. als., hereby appeal to the United States Court of Appeals for the First Circuit from an order dismissing in its entirety all Plaintiff's claims against all Defendants in this case entered in this action on the 26th day of April, 2000 in the above captioned case in which Víctor Vicenty Martell, et. als., are the Plaintiffs and the Defendants are: Commonwealth of Puerto Rico, Department of Education of the Commonwealth of Puerto Rico, Víctor Fajardo, Secretary of the Department of Education of the Commonwealth of Puerto Rico, Gracia Ruiz de Talavera, The Teachers Retirement Board, and Comisión Industrial.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing has been sent to Gloria Robison Guarch, Esq., Department of Justice, P. O. Box 9020192, San Juan, P. R. 00902-0192 and Wanda Cintrón Valentín, Esq., Ave. Hostos #436, Hato Rey, P. R. 00918.

RESPECTFULLY SUBMITTED.

In Mayaguez, Puerto Rico, this 24th day of May, 2000.

*(signature)*

GEORGE M. UZDAVINIS-VELEZ, ESQ.
**ATTORNEY FOR PLAINTIFF**
127 CALLE PABLO CASALS, SUITE 102
MAYAGUEZ, PUERTO RICO 00680
TEL./FAX NUM. 832-1521
USDC-PR 210212

RECEIPT # *(illegible)*
AMOUNT: *(illegible)*
MAY 25 2000
CASHIER SIGNATURE

See attached copy

s/c: George M. Uzdavinis
Gloria Robinson
Wanda Cintron